UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| GERALD LYNN CLAYTON | ) | CASE NO. 13-04200-8-DMW |
| | ) | |
| DEBTOR | ) | CHAPTER 13 |

### APPLICATION TO ALLOW ADDITIONAL ATTORNEY FEES

**NOW COMES** the attorney for debtor pursuant to Local Rule 2016-1 to allow additional attorney's fees in representation of the debtor in filing a Motion to Approve Compromise. In support of the application, the attorney for debtor shows the Court the following:

1. The undersigned assisted the debtor in filing a Motion to Approve Compromise on October 23, 2015.
2. The undersigned requests that the court allow him additional attorney fees of $250.00 in connection with the Motion to Approve Compromise to be paid by the trustee through the chapter 13 plan.

**WHEREFORE** the attorney for debtor seeks approval for additional attorney fees in the amount of $250.00.

Dated: 07/14/16              S/: William E. Brewer, Jr.
                             William E. Brewer, Jr., Bar No. 7018
                             311 E. Edenton Street
                             Raleigh, NC 27601
                             (919) 832-2288

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| GERALD LYNN CLAYTON | ) | CASE NO. 13-04200-8-DMW |
| | ) | |
| DEBTOR | ) | CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, Kelly Newcomb, of 311 E. Edenton Street, Raleigh, North Carolina, certify that I am, and at all times hereinafter mentioned, was more than 18 years of age and that I served a copy of the attached Application for Additional Attorney Fees on the names listed below by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

Gerald Clayton
8640 Durham Rd.
Timberlake, NC 27583

The following were served via electronic service:

John F. Logan, Chapter 13 Trustee

    I declare under penalty of perjury that the foregoing is true and correct.

    This the 14th day of July, 2016.

                                                          S/: Kelly Newcomb
                                                          Kelly Newcomb